UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION          CASE NO:

Eric Wendell Holloman                    3:13-CV-1577-J-20JRK
          Plaintiff
vs.
McDonalds Restaurant
1768 N. Davis Street
 Jax, Fla          Defendant

2013 DEC 20 PM 1:02

Complaint
Civil Action          Memorandum of Law
_____        with Attachments

1. Plaintiff Resides At  P.O. Box 13153, Jacksonville Florida 32206 in Duval County

2. Defendant Resides At McDonalds Restaurant 1768 N. Davis Street Jacksonville Florida 32209 in Duval County

(4) The Acts complained of in this suit concern

(a) ———————————— Failure to Employ me
(b) ———————————— Termination of my Employment
(c) ———————————— Failure to Promote me
(d) ———————————— Other Acts Specified below

I Pro-se Plaintiff Eric Wendell Holloman was today 10-2-13 Barred from being served and told not to come back into the McDonalds Restaurant Located at 1768 North Davis Street just because I wanted to change my order at the cash register to make another order! So I got my monies back.

5) Defendant. Conduct is discriminatory with Respect To the following:

(a) _____ ✓ _____ my Race or Color
(b) _____ my Religion
(c) _____ ✓ _____ my National Origin
(d) _____ ✓ _____ my Sex
(e) _____ Other As Specified below

The facts surrounding claim of discrimination in the access to public facilities such as a restaurant service are as following:

## "Allegations"

Today October 2, 2013, I came into the McDonald Restaurant located at 1768 N. Davis Street in Jacksonville Florida for a combo meal, I order a $6.95 grill chicken combo, but I changed my mind to get another combo, the man who worked at the cash register, I had already given a $10.00 dollar bill told me then that the restaurant had a no refund policy, I then told him to give me my money back. He then went into the back of restaurant and brought back (2) two female managers who told me I could not come back into their restaurant to be served because I asked for a refund or change of combo meal, I believe legally this policy is illegal to deny a paying customer his right to a refund or change of meal by law!

## Jurisdictional Plea

(1) Discrimination the unequal treatment of parties who are similarly situated, Federal Law prohibits discrimination on the basis of Race, Sex, Nationality, Religion, "Age", in matters of access to "Public Facilities"

(2) 42 U.S.C. § 1983, 18, U.S.C § 245 Age Discrimination 1973, citizens over 49 yrs old (Senior) I am 59 yrs old Disable, covered under Americans with Disabilities Act 1990-1992, Public Accomodations

(3) The Civil Rights Act, prohibits discrimination in public accommodations 42 U.S.C. §§ 2000a et seq., 42 U.S.C §§ 1975 et seq. Note: These Civil Rights are protection for United States Citizens such as I am with Constitutional Rights, inalienable Rights, such as pursuit of Life and Happiness, Freedom to Eat public Restaurant, and inherent Right as a Native Born United States Citizen I am, Native Duval County Jacksonville, Florida 6-23-54 birth day.

(4) Fourteen Amendment, United States Constitution

(5) Respondent Superior: McDonald Restaurant is Respondent for "libel" for their employees negitive Discriminatary Attitude against pro-se plaintiff, Eriew Holloman

Pro-Se Plaintiff, Erie W. Holloman

MEMORANDUM OF LAW

(1) Jurisdiction is specifically conferred on this court in this civil action for Denial of Public Accomodation as follows

42 USC 2000d-1; 28 USC 1331, 1343(3) and 1343(4) 42 USC. Sec. 1983, 42 USC Sec 1981 as Amended by the Civil Rights Act of 1991 (Pub. Law No. 102-406), 42 sec 1985, 1986, 28 usc sec 2201 (public Law 88-352 Section 601.) title VI of the civil Rights Act of 1964, 42 USC ss 2000d et seq. And its implementing Regulation, 24 CFR parts 1, 9(2)(1), 24 CFR part 507-601(a) and 570-602(v) And the Fourteenth Amendment of The United States Constitution 1973, Age Discrimination Act, 1975, 1990-1992-Americans with Disability Act, President George H.W. Bush, The State State of Florida Constitution which Includes, Freedom, Dignity, Respect for All its citizens.

WHEREFORE,

For Mental Anguish, Public Humiliation, Public Embarrassment, Loss of Life, Loss of Right as a United States Citizen to Enjoy Public Restaurant, For No just Legal Reason At All I motion and Plea to the Court for Damages of 100,000 thousand And trial By Jury, And or Mediation By the Court For Settlement out of Court

I Am Rstpfully yours

PRO-SE
Mr. Eric Wendell Holloman
SIGNED

PRO-SE
MR. Eric Wendell Holloman
NAME

P.O. Box 13153, Jax, FL 32206
Mailing Address     City State Zip

12-19-13
DATE

904-316-2098
telephone number

CERTIFICATE OF SERVICE

I Hereby Certify that A true Copy Has been sent to All Whom Concern this Action this 19th day of December 2013