UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC WENDELL HOLLOMAN,

        Plaintiff,

v.                                        Case No:  3:13-cv-1577-J-39JRK

MCDONALD'S RESTAURANT,

        Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 13), entered by the Honorable James R. Klindt, United States Magistrate Judge, on May 6, 2014.  In the Report, Magistrate Judge Klindt recommends that Plaintiff's Affidavit of Indigency (Doc. 2), which was construed as a motion to proceed *in forma pauperis* be denied and this case be dismissed.  (Doc. 13).  On May 28, 2014, Plaintiff filed a Motion to the Court to "Not Dismiss" his Civil Complaint (Doc. 16), which the Court construes as Plaintiff's objections to the Report and Recommendation.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a *de novo* review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions *de novo*.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the objections, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

**ORDERED:**

1.  Plaintiff's Motion to the Court to "Not Dismiss" his Civil Complaint (Doc. 16), which the Court construes as his objections to the Report and Recommendation are **OVERRULED** and the Magistrate Judge's Report and Recommendation (Doc. 13) is **ADOPTED** as the opinion of this Court.

2.  Plaintiff's Affidavit of Indigency (Doc. 2), which the Court construes as a motion to proceed *in forma pauperis*, is **DENIED**.

4.  This case is **DISMISSED** without prejudice.

5.  The Clerk of the Court is directed to enter judgment dismissing the case, terminate any pending motions or deadlines as moot, and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 29th day of May, 2014.

BRIAN J. DAVIS
United States District Judge

mh
Copies furnished to:

Hon. James R. Klindt
*Pro Se* Plaintiff